<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1701**

---

MARIE VAUGHN-WALKER,

Plaintiff - Appellant,

versus

ANTHONY J. PRINCIPI, in his official capacity
as Secretary of the Department of Veterans
Affairs,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Henry Coke Morgan, Jr., District Judge. (CA-02-51-4)

---

Submitted: July 24, 2003                     Decided: July 29, 2003

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Marie Vaughn-Walker, Appellant Pro Se. Anita K. Henry, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marie Vaughn-Walker appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Vaughn-Walker v. Principi, No. CA-02-51-4 (E.D. Va. May 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED